Cain Nicholas JONES, Plaintiff–Appellant,

v.

Mr. MAPES, Law Librarian, Virginia Beach Correctional Center, Defendant–Appellee,

and

Grievance Respondent, Grievance Administrator, Virginia Beach Correctional Center, Defendant.

No. 12–7630.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2013.

Decided: Jan. 25, 2013.

Cain Nicholas Jones, Appellant Pro Se. Samuel Lawrence Dumville, Norris & St. Clair P.C., Virginia Beach, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cain Nicholas Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have

---

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Mapes,* No. 2:11–cv–00139–MSD–DEM (E.D.Va. Aug. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*